Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

Rachel E. Kaufman
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Phone: 305-469-5881
Email: Rachel@kaufmanpa.com

*Attorneys for Plaintiff and the putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Elcinda Person, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>Higher Ed Growth, LLC d/b/a Inquir,<br><br>*Defendant.* | Case no. 2:21-cv-01906-SRB<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Elcinda Person hereby provides notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: January 19, 2022

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman (*Pro Hac Vice*)
rachel@kaufmanpa.com
KAUFMAN P.A.

237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Nathan Brown
Telephone: (602) 529-3474
Nathan.Brown@BrownPatentLaw.com

*Local Counsel*

*Attorneys for Plaintiff and all others similarly situated*