# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elcinda Person, | No. CV-21-01906-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Higher Ed Growth LLC, | |
| Defendant. | |

Pursuant to Plaintiff's Notice of Dismissal (Doc. 17);

IT IS ORDERED dismissing this case without prejudice.

Dated this 20th day of January, 2022.

_____
Susan R. Bolton
United States District Judge